```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF MINNESOTA
                Civil No. 11-3683(DSD/FLN)
```

Edgarline Dunbar, James M.
Jenkins, Paul Olson, Seng
Herr and Yia Her,

      Plaintiffs,

v.                                                    **ORDER**

Wells Fargo Bank, N.A.,
Mortgage Registration
Systems, Inc., MERSCORP,
Inc., Federal National
Mortgage Association, and
Reiter & Schiller, P.A.,

      Defendants.

      This matter is before the court upon the motion by defendants Wells Fargo Bank, N.A., Mortgage Electronic Registration Systems, Inc., MERSCORP, Inc. and Federal National Mortgage Association (collectively, defendants) for an order to show cause why plaintiffs' counsel William B. Butler should not be held in contempt. Based on a review of the file, record and proceedings herein, and for the following reasons, the court grants the motion.

      The background of this matter is fully set forth in previous orders, and the court summarizes only those facts necessary to the disposition of the instant motion. On June 6, 2012, the court ordered Butler to pay $11,437.65 in sanctions to defendants. ECF No. 48. Butler appealed, and the Eighth Circuit Court of Appeals affirmed the sanctions on March 14, 2013. See Dunbar v. Wells

Fargo Bank, N.A., 709 F.3d 1254, 1258-59 (8th Cir. 2013).  On June 13, 2013, the court again ordered Butler to pay the $11,437.65 to defendants by June 27, 2013.  ECF No. 57.  Thereafter, on August 22, 2013, defendants moved for an order to show cause why Butler should not be held in contempt for failure to do so.  On December 26, 2013, Butler was suspended from practicing before the Eighth Circuit Court of Appeals.  See In re Butler, No. 13-9013 (8th Cir. Dec. 26, 2013) (order of suspension).  Consequently, on January 14, 2014, Butler was automatically suspended from practice before the District of Minnesota.  See In re Butler, No. 13-mc-49 (D. Minn. Jan. 14, 2014).

To date, Butler has not complied with any of the court's orders requiring him to pay sanctions.  As a result, the motion for an order to show cause is granted.  Given Butler's suspension from practice and ongoing disciplinary proceedings, however, the court will not schedule a hearing on the order to show cause at this time.

Accordingly, **IT IS HEREBY ORDERED** that:

1.   The motion for an order to show cause [ECF No. 58] is granted;

2. Further proceedings in this matter are stayed until Butler is reinstated to practice law before the District of Minnesota.

Dated: January 24, 2014

                                          <u>s/David S. Doty</u>
                                          David S. Doty, Judge
                                          United States District Court